No. 1927. Nazario, Apelado, v. Santos, Apelante.—*Certiorari.* (Reconsideración.) Mayagüez. Marzo 13, 1919. *Sin lugar.*

No. 1377. El Pueblo, Apelado, v. Marcano, Apelante.— Infracción del artículo 47 en relación con el 359 del Código Penal. Guayama. *Confirmada. El Juez Asociado Señor Wolf, disintió.*

No. 404. Cruz et al., Recurrentes, v. Registrador de San Juan, Sección Primera, Recurrido.—Recurso Gubernativo. Marzo 21, 1919. *Resuelto por los fundamentos del caso de Berdeguez v. Registrador de Guayama, de marzo 18, 1919, (pág. 214). Revocada la nota y ordenada la cancelación en cuanto a la participación del causante.*

No. 1379. El Pueblo, Apelado, v. Rovira, Apelante.—Homicidio involuntario. Guayama. Marzo 27, 1919. *Confirmada la sentencia.*

No. 406. Ramírez, Recurrente, v. Registrador de Caguas, Recurrido.—Recurso Gubernativo. Marzo 27, 1919. *Revocada la nota y ordenada la inscripción de la escritura.*

No.      . Llompart et al., Apelados, v. Díaz, Apelante.— Cobro de crédito hipotecario. (Reconsideración.) Humacao. Marzo 28, 1919. *Sin lugar la solicitud.*

No. 1381. El Pueblo, Apelante, v. López, Apelado.—Libelo infamatorio. San Juan, Sección 2ª. Marzo 28, 1919. *Sin lugar la desestimación.*

No. 250. Llompart et al., Peticionarios, v. Cuevas Zequeira, Juez de Distrito, Demandado.—*Certiorari.* Humacao. Marzo 31, 1919. *Denegado el auto.*

No. 1395. El Pueblo, Apelado, v. Arnau, Apelante.— Hurto menor. San Juan, Sección 2ª. Abril 4, 1919. *Desistida la apelación.*

No.      . Sobrino, Apelado, v. De Jesús et al., Apelantes.—Cobro de pesos. Arecibo Abril 4, 1919. *Desestimada.*

No. 1357. El Pueblo, Apelado, v. Méndez et al., Apelantes.—Alterar la paz. Aguadilla. Abril 7, 1919.